UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 17-MJ-2119-MBB |
| ) | |
| JOSEPH JAMES CAIN BENSON ) | |
| a/k/a "Black" ) | |
| a/k/a "Boston" ) | |
| Defendant ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Matthew C. Knight, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Joseph James Cain Benson on a criminal complaint issued by the United States District Court for the Eastern District of Virginia on March 10, 2017, charging the defendant with Use of a Firearm Resulting in Death, in violation of Title 18, United States Code, Sections 924(c)(10 and (J). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Matthew C. Knight
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 19 day of April, 2017.

_____
Honorable Marianne B. Bowler
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>JOSEPH JAMES CAIN BENSON | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:17mj31 |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSEPH JAMES CAIN BENSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 924(j) - Murder with a Firearm

Date: March 10, 2017

*Issuing officer's signature*

City and state: Newport News, Virginia   Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*

INFORMATION COPY ONLY

NOTICE: BEFORE ARREST, VALIDATE THROUGH [illegible] ORIGINAL HELD BY [illegible]